CLOSED

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| FREDDY DELOS SANTOS, | : | **HON. NOEL L. HILLMAN** |
| Petitioner, | : | Civil No. 09-1285 (NLH) |
| v. | : | |
| J. GRONDOLSKY, | : | **ORDER** |
| Respondent. | : | |

For the reasons set forth in the Opinion filed herewith,

IT IS on this 7th day of May, 2009,

ORDERED that Petitioner's application to proceed in forma pauperis is granted; and it is further

ORDERED that the Petition for a Writ of Habeas Corpus is DISMISSED; and it is further

ORDERED that, within 30 days of the date of the entry of this Order, Petitioner may file with the Clerk a written statement showing cause and prejudice for the 10-year procedural default; and it is further

ORDERED that, if Petitioner files such a statement, then this Court will reopen the case and consider Petitioner's arguments; and it is finally

ORDERED that the Clerk shall serve this Order and the accompanying Opinion upon Petitioner by regular mail, and shall administratively terminate the file.

                                      s/ Noel L. Hillman
                                **NOEL L. HILLMAN, U.S.D.J.**

At Camden, New Jersey